IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | CASE NO. 2:25-MJ-462 |
| | : | |
| YUSUF MOHAMED ALI | : | |
| | : | |
| | : | JUDGE JOLSON |
| | : | |
| | : | |
| | : | |


MOTION TO SEAL ORIGINAL SEARCH WARRANT AFFIDAVIT AND PROVIDE
REDACTED AFFIDAVIT FOR UNSEALING

Now comes the United States of America, by Sheila G. Lafferty, Assistant United States Attorney for the Southern District of Ohio and hereby requests that the original supporting affidavit be sealed and the Supporting Redacted Affidavit, in the above captioned case be unsealed. The United States hereby submits a redacted version of the Search Warrant Affidavit (Exhibit A) to be filed on the public docket.

On August 13, 2025, law enforcement in the Southern District of Ohio executed premises search warrants at 3400 Valley Park Avenue, Columbus, Ohio 43231, and 4985 Warner Road, Apartment 102, Westerville, Ohio 43081. Law enforcement also executed warrants for the search of the persons of Yusuf Mohamed Ali and Mazen Hassan. On the same date, both Defendants were arrested pursuant to an arrest warrant and Indictment out of the Northern District of California. The Government requests that the supporting affidavit for the search warrant for the person of Yusuf Mohamed Ali, be sealed and that a redacted copy of the supporting affidavit

(Exhibit A) be filed because the original affidavit contain personally identifying information and information related to confidential sources.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/ Sheila G. Lafferty*
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney
303 Marconi Blvd., Ste. 200
Columbus, Ohio 43215
(614) 469-5715
Email: sheila.lafferty@usdoj.gov